IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **Mary and Roland Dunn** § | | |
| *Plaintiffs* § | | |
| § | | |
| § | | |
| v. § | CIVIL ACTION NO. 2:17-CV-00274-RSG | |
| § | | |
| **Graham Transport, LLC** § | | |
| *Defendants,* § | | |
| § | | |

### MEDIATOR REPORT TO TH E COURT

Mediation was held in Marshall, Texas on November 2, 2017 then recessed until December 4, 2017, for further negotiations.

As Court appointed mediator, I am reporting that all claims and counter claims between all the parties, were resolved and the case settled.

Signed this 4th day of December, 2017

                                             */s/ Bonnie Leggat Hagan*
                                             Bonnie Leggat Hagan
                                             LAW FIRM OF BONNIE LEGGAT
                                             Bonnie Leggat
                                             State Bar No. 12171300
                                             P.O. Box 3347
                                             Longview, Texas  75606
                                             Phone 903-918-8868
                                             Fax:   888-655-1655
                                             Email: mail@bonnieleggat.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court CM/ECF system per Local Rule CV-5(a)(3) this 4th day of December, 2017. Any other counsel of records will be served by facsimile transmission and/or first class mail.

                                                */s/ Bonnie Leggat Hagan*
                                                Bonnie Leggat Hagan