# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| ROLAND DUNN, MARY DUNN, | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO.  2:17-CV-00274-JRG |
| | § | |
| | § | |
| v. | § | |
| | § | |
| D. GRAHAM TRANSPORT, INC., GARY | § | |
| KEITH JOHNSON, | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

Before the Court is the Plaintiffs' Motion to Dismiss with Prejudice (Dkt. No. 32).

Having considered the Motion, the Court finds that the Motion should be and hereby is

**GRANTED**. It is therefore **ORDERED** that all claims for relief asserted against Defendants by

Plaintiffs are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that all attorneys' fees, costs of court and expenses shall be

borne by each party incurring the same. All pending requests for relief not previously addressed

by the Court are **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this case.

**So Ordered this**
**Apr 6, 2018**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE